IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DIRECTV, Inc. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No.: 04CV-2233-KHV |
| | § | |
| BRIAN HESS, | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL

After considering the Plaintiff's Unopposed Motion to Dismiss Individual Defendant Brian Hess (Doc. #45), the Court grants the dismissal.

IT IS THEREFORE ORDERED that DIRECTV's claims against defendant Brian Hess, based on assisting third-parties to obtain Plaintiff's communications without authorization or commercial use, resale, distribution or manufacture of devices designed for surreptitious interception of communications are dismissed without prejudice.

IT IS FURTHER ORDERED that and all other claims brought by DIRECTV in this suit against Brian Hess are dismissed with prejudice.

Dated this 23rd day of August, 2005.

s/ Kathryn H. Vratil
Kathryn H. Vratil
US DISTRICT COURT JUDGE